UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Walter E. Park, III,

    Plaintiff,

        v.                            Case No. 1:15cv182

Donald Morgan, *et al.*,                Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendations filed by the Magistrate Judge on April 10, 2015 and May 26, 2015 (Docs. 5 and 9).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendations of the Magistrate Judge (Docs. 5 and 9) are hereby **ADOPTED.** The Plaintiff's Complaint (Doc. 4) and Amended Complaint (Doc. 8) as allowed by prior order are **DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

Pursuant to 28 U.S.C. § 1915(a)(3), any request for certificate of appealability or request to appeal *in forma pauperis* would not be taken in good faith and would be denied.

**IT IS SO ORDERED.**

                                        *s/Michael R. Barrett*
                                        Michael R. Barrett
                                        United States District Judge